THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CARLO, Appellant. [889 NYS2d 470]—

The defendant's contention that the court failed to abide by its sentencing promise is unpreserved for appellate review since he did not raise it at the time of sentencing, and did not move to withdraw his plea on that ground (*see People v Velez*, 64 AD3d 799 [2009]; *People v Scott*, 39 AD3d 570 [2007]). In any event, that contention, as well as his claim that he was denied the effective assistance of counsel, are without merit. Fisher, J.P., Santucci, Dickerson, Chambers and Lott, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABRAHAM CROSBY, Appellant. [889 NYS2d 469]—

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Florio, Balkin, Belen and Austin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON FAULKNER, Appellant. [895 NYS2d 754]—

No opinion. Prudenti, P.J., Dillon, Angiolillo, Belen and Roman, JJ., concur.